IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

PATRICIA WYNN-MASON : CIVIL ACTION
: NO. 09-1235
v. :
:
LEVAS COMMUNICATIONS, LLC :

## ORDER

AND NOW, this 15th day of July 2010, upon consideration of defendant Levas Communications, LLC's motion to dismiss, plaintiff Patricia Wynn-Mason's brief in opposition and defendant's supplemented reply it is hereby ORDERED that defendant's motion is GRANTED IN PART and DENIED IN PART as follows:

1) Defendant's motion to dismiss the retaliation claim is granted and that claim is dismissed. Plaintiff may amend her complaint within twenty-one (21) days from the date of this Order.

2) Defendant's motion to dismiss the hostile work environment claim is denied.

/s/ Thomas N. O'Neill, Jr.
THOMAS N. O'NEILL, JR., J.