IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

PATRICIA WYNN-MASON          :          CIVIL ACTION
                                     :          NO. 09-1235
                   v.                    :
                                       :
LEVAS COMMUNICATIONS, LLC      :

ORDER

AND NOW, this 28th day of April, 2011, after consideration of defendant's motion for summary judgment, plaintiff's response and defendant's reply, it is ORDERED that defendant's motion is GRANTED and JUDGMENT IS ENTERED in favor of defendant Levas Communications, Inc. and against plaintiff Patricia Wynn-Mason.

It is FURTHER ORDERED that defendant's motion for judgment on plaintiff's punitive damages claim is DENIED AS MOOT.

<u>/s/ THOMAS N. O'NEILL, JR.</u>
THOMAS N. O'NEILL, JR., J.